IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-mj-2436 |
| | ) | |
| | ) | JUDGE HOLMES |
| FRANCISCO PEREZ | ) | |
| JONATHAN SANTOS | | |

**UNITED STATES' MOTION FOR A HEARING TO SET CONDITIONS OF RELEASE**

COMES NOW the United States of America by Thomas J. Jaworski, Acting United States Attorney, and Robert E. McGuire, Assistant United States Attorney, and moves this Court to set a hearing for the Court to review conditions of release with Defendants Francisco Perez and Jonathan Santos.

As noted at the Initial Appearance in this matter, the United States anticipated that the parties would reach an agreement as to release conditions for some of the charged Defendants. The United States can report that, at filing, it has reached agreements with the above-named Defendants. In the case of Defendant Santos, the parties received a copy of the Pre-trial Services Report and submits that the United States believes the parties will jointly recommend the proposed conditions of release described in that report. While the parties have not, at filing, received the Pre-trial Services Report on Defendant Perez, undersigned counsel has conferred with Pre-trial Services and can report that they intend to recommend release for the Defendant with what are standard release conditions for this District. Subject to reviewing the report, the parties believe they will jointly recommend those conditions to the Court as well for the release of Defendant Perez.

Based on the foregoing, the United States would move to set these two defendants on **Thursday, December 19, 2024,** so that the Court can set conditions of release at which time the Government will withdraw the previously filed detention motions as to these Defendants.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By:    */s/ Robert E. McGuire*
      ROBERT E. MCGUIRE
      Assistant U.S. Attorney
      719 Church Street, Suite 3300
      Nashville, Tennessee 37203
      Phone: (615) 401-6607
      Robert.mcguire@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically and by hand to counsel for defendant via CM/ECF on the 18th day of December, 2024.

      */s/ Robert E. McGuire*
      ROBERT E. MCGUIRE